IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANA HAYES**                                                  **PLAINTIFF**

**v.**                      **CASE NO. 4:20-CV-00296-BSM**

**ARKANSAS BLUE
CROSS AND BLUE SHIELD**                          **DEFENDANT**

## ORDER

Arkansas Blue Cross and Blue Shield's motion to dismiss [Doc. No. 26] is granted but its motion for fees is denied.

Federal Rule of Civil Procedure 41 provides that a case may be dismissed for failure to prosecute or comply with court orders. This is true even if a litigant did not act in bad faith. *See Rodgers v. Curators of Univ. of Mo.*, 135 F.3d 1216, 1219 (8th Cir. 1998). Local Rule 5.5(c)(2) provides for dismissal without prejudice when a *pro se* plaintiff fails to pursue her case. After months of nonparticipation in the discovery process, Shana Hayes was directed to respond to Blue Cross's interrogatories and requests for production, but she failed to do so. *See* Doc. No. 25. Further, she has not responded to Blue Cross's motion to dismiss. Accordingly, this case is dismissed without prejudice, but Blue Cross's request that Hayes pay the fees associated with its motion is denied. Fed. R. Civ. P. 37 (a)(5)(A)(iii).

IT IS SO ORDERED this 14th day of June, 2021.

                                                       UNITED STATES DISTRICT JUDGE