IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANA HAYES                                                                                PLAINTIFF

v.                          CASE NO. 4:20-CV-00296-BSM

ARKANSAS BLUE
CROSS BLUE SHIELD                                                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice and costs are taxed against Shana Hayes.

IT IS SO ORDERED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE